**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**SHIRLEY JO SPENCER**                                                            **PLAINTIFF**

**V.**                                                            **NO. 1:12CV00095-JMV**

**MICHAEL J. ASTRUE,
Commissioner of Social Security**                            **DEFENDANT**

**FINAL JUDGMENT**

      This cause is before the court on the plaintiff's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for a period of disability and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

      For the reasons announced by the court on the record at the conclusion of the parties' oral argument this day, the court finds that the Commissioner's decision applied the correct legal standards and is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

      **SO ORDERED AND ADJUDGED** this, the 23rd day of October, 2012.

                                                                              /s/ Jane M. Virden
                                                                             U. S. MAGISTRATE JUDGE